UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SHELLY SIGLER, | ) | |
| Plaintiff, | ) ) ) | No. 1:05-CV-296 |
| v. | ) ) | Mattice / Lee |
| AMERICAN HONDA MOTOR CO, INC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

Before the Court are: (1) the joint motion of the parties for a Confidentiality Stipulation and Order and a proposed "Confidentiality Stipulation and Order" filed April 18, 2006 [Doc. Nos. 13-1, 13-2]; and (2) the joint motion of the parties for a Confidentiality Stipulation and Order and a proposed "Confidentiality Stipulation and Order" filed May 8, 2006 [Doc. Nos, 14-1, 14-2].

The first joint motion for entry of the proposed "Confidentiality Stipulation and Order" [Doc. Nos. 13-1] is **DENIED**. However, the second proposed "Confidential Stipulation and Order" submitted by the parties [Doc. No. 14-2] complies with E.D. TN. LR 26.2. Accordingly, the joint motion of the parties for entry of a Confidentiality Stipulation and Order [Doc. No. 14-1] is **GRANTED** and the proposed "Confidentiality Stipulation and Order" [Doc. No. 14-2] is **APPROVED**.

SO ORDERED.

ENTER.

                                                 s/*Susan K. Lee*
                                                 SUSAN K. LEE
                                                 UNITED STATES MAGISTRATE JUDGE